**No. 42504.**—Protest 953779–G of Bloomingdale Bros. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) and Normandy laces like those the subject of *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.